# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | NO. 701 |
| | : | |
| ORDER AMENDING RULE | : | CIVIL PROCEDURAL RULES |
| 237.3 OF THE PENNSYLVANIA | : | |
| RULES OF CIVIL PROCEDURE | : | DOCKET |
| | : | |
| | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of December, 2019, upon the recommendation of the Civil Procedural Rules Committee; the proposal having been published for public comment at 49 Pa.B. 274 (January 19, 2019):

    It is Ordered pursuant to Article V, Section 10 of the Constitution of Pennsylvania that Rule 237.3 of the Pennsylvania Rules of Civil Procedure is amended in the attached form.

    This Order shall be processed in accordance with Pa.R.J.A. No. 103(b), and shall be effective April 1, 2020.

Additions to the rule are shown in bold and are underlined.
Deletions from the rule are shown in bold and brackets.